Ex parte J. H. BARGANIER.   (No. 13202.)

Court of Criminal Appeals of Texas.   Dec. 11, 1929.

Rehearing Denied Jan. 15, 1930.

Taylor & Irwin, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.   The facts and the legal propositions presented are identical with those in the case of Ex parte Mrs. J. H. Barganier (No. 13201; Tex. Cr. App.) 23 S.W.(2d) 365, the judgment in which has this day been affirmed.

Upon the reason and authorities set forth in the case last mentioned, a like disposition of the present becomes appropriate.

The judgment is affirmed.

On Motion for Rehearing.

HAWKINS, J.   This is a companion case to No. 13201, Ex parte Mrs. J. H. Barganier (Tex. Cr. App.) 23 S.W.(2d) 365, with exactly the same record.   For the same reasons given in that case the motion here will be overruled.

Ex parte J. O. WILLIAMS.   (No. 13200.)

Court of Criminal Appeals of Texas.   Dec. 11, 1929.

Rehearing Denied Jan. 15, 1930.

Taylor & Irwin, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.   The facts and the legal propositions presented are identical with those in the case of Ex parte Mrs. J. H. Barganier (No. 13201; Tex. Cr. App.) 23 S.W.(2d) 365, the judgment in which has this day been affirmed.   Upon the reason and authorities set forth in the case last mentioned, a like disposition of the present becomes appropriate.

The judgment is affirmed.

On Motion for Rehearing.

HAWKINS, J.   This is a companion case to No. 13201, Ex parte Mrs. J. H. Barganier (Tex. Cr. App.) 23 S.W.(2d) 365, with exactly the same record.   For the same reasons given in that case the motion here will be overruled.

Ex parte Mrs. J. O. WILLIAMS.   (No. 13204.)

Court of Criminal Appeals of Texas.   Dec. 11, 1929.

Rehearing Denied Jan. 15, 1930.

Taylor & Irwin, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.   The facts and the legal propositions presented are identical with those in the case of Ex parte Mrs. J. H. Barganier (No. 13201; Tex. Cr. App.) 23 S.W.(2d) 365, the judgment in which has this day been affirmed.   Upon the reason and authorities set forth in the case last mentioned, a like disposition of the present becomes appropriate.

The judgment is affirmed.

On Motion for Rehearing.

HAWKINS, J.   This is a companion case to No. 13201, Ex parte Mrs. J. H. Barganier (Tex. Cr. App.) 23 S.W.(2d) 365, with exactly the same record.   For the same reasons given in that case the motion here will be overruled.

Ex parte J. D. CRAWFORD.   (No. 13203.)

Court of Criminal Appeals of Texas.   Dec. 11, 1929.

Rehearing Denied Jan. 15, 1930.

Taylor & Irwin, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.   The facts and the legal propositions presented are identical with those in the case of Ex parte Mrs. J. H. Barganier (No. 13201; Tex. Cr. App.) 23 S.W.(2d) 365, the judgment in which has this day been affirmed.   Upon the reason and authorities set forth in the case last mentioned, a like disposition of the present becomes appropriate.

The judgment is affirmed.

On Motion for Rehearing.

HAWKINS, J.   This is a companion case to No. 13201, Ex parte Mrs. J. H. Barganier (Tex. Cr. App.) 23 S.W.(2d) 365, with exactly the same record.   For the same reasons given in that case, the motion here will be overruled.